# IN THE SUPREME COURT OF THE STATE OF NEVADA

SCOTT YANCEY, AN INDIVIDUAL; AMY YANCEY, AN INDIVIDUAL; AND GOLIATH PROPERTIES, LLC, A DOMESTIC LIMITED-LIABILITY COMPANY,

Petitioners,

vs.

THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE TIMOTHY C. WILLIAMS, DISTRICT JUDGE,

Respondents,

and

MITCH WILSON,

Real Party in Interest.

No. 74026

**FILED**

APR 30 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## *ORDER DISMISSING PETITION*

Pursuant to the stipulation of the parties, and cause appearing, this original petition for a writ of mandamus or prohibition is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

18-16363

cc:   Hon. Timothy C. Williams, District Judge
Lemons, Grundy & Eisenberg
Law Offices of Karl H. Smith/Las Vegas
Ganz & Hauf/Las Vegas
Eglet Prince
Eighth District Court Clerk